1
2
3 JS-6
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA  - SOUTHERN DIVISON**

| | |
|---|---|
| ROBIN ABARI, | Case No. 8:20-cv-00957 JVS (DFMx) |
| Plaintiff, | Assigned to the Hon. James V. Selna |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 TO 100, | |
| Defendants. | |

**<u>ORDER</u>**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 23, 2021

_____
Hon. James V. Selna
United States District Judge

{05783033.1}

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

## PROOF OF SERVICE

STATE OF CALIFORNIA              )
COUNTY OF SAN FRANCISCO          )

I am employed in the County of San Francisco, State of California.  I am over the age of 21 and am not a party to the within action.  My business address is Maynard, Cooper & Gale, LLP, 600 Montgomery Street, Suite 2600, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

Law Office of Sassoon Sales
Sassoon Sales, SBN 59958
16060 Ventura Boulevard, Suite 110
Encino, California 91436
Tel: (818) 728-6658
Fax: (818) 817-7617
Email: s@sassoonlaw.com
*Attorneys for Plaintiff*

**[x]** **BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2021, in San Francisco, California.

_____
Brian Day

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE